IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **JAMAL EZELL** | **NO. 02-815-01** |

## O R D E R

**AND NOW**, this 11th day of February, 2021, upon consideration of Ezell's *pro se* Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 268, filed May 26, 2020), the Government's Response to Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 280, filed July 21, 2020), Ezell's counseled Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 283, filed September 7, 2020) ("Amended Motion"), which superseded his *pro se* Motion, the Government's Response to Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 284, filed September 25, 2020), and Ezell's Reply Memorandum of Law in Support of Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), following oral argument held on January 8, 2021, for the reasons stated in the accompanying Memorandum dated February 11, 2021, **IT IS ORDERED** that Ezell's counseled Amended Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is **GRANTED**, and Ezell's sentence is reduced to **TIME SERVED** of approximately 22 years after adjustment for good time credit. Ezell's *pro se* Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that, excepting only as noted above, the Judgment dated March 3, 2006, providing, *inter alia*, five years of supervised release continues in effect.

BY THE COURT:

/s/ Jan E. DuBois

DuBOIS, JAN E., J.